Tyrone Johnson, pro se
Federal Reg. No. 02948-000
Federal Medical Center - Devens
Post Office Box 879
Ayers, MA. 01432

October 16, 2020

Matthew J. Perry, Jr.
United States Courthouse
901 Richland Street
Columbia, S.C. 29201

RECEIVED
USDC CLERK, COLUMBIA, SC
2020 OCT 22 AM 10:51

(Pro se) REQUEST TO RETAIN PERMENENT RESIDENCY STATUS IN SAINT MATTHEWS, SOUTH CAROLINA AREA, ALSO REQUEST FOR APPOINTMENT OF COUNSEL.

I am an native born Washingtonian (D.C.) felon out of D.C. Superior Court (F-2446-86); Housed in the above given federal facility. I am 61y of age and have not resided in the Washington DC area since 1987. (33 yrs ago.)

In Oct. 2009, I was granted-approved by "BOTH" Washington, D.C. and the state of South Carolina for change of residency to the Saint Matthews, South Carolina's Area, with family.

I have resided in this new area since with gainful employment and an recently expired S.C. Driver Permit (4/2020). My present South Carolina address - I reside with elderly family (Aunt and Uncle) Gloria and Neal Warren, 55 Holmes Rd., St. Matthews, S.C. 29135, (803) 456-9075 and (803) 308-9503.

In Jan. 2012, I violated my parole and was returned back to prison. While incarcerated, I have now taken, participated and completed various courses that weren't available prior to my Oct. 2009 parole. I've made bad choices, as we all have in life but I do not allow those bad choices define who I am but rather my drive and ability to which I now strive to live an crime-free life.

In Jan 2020, COVID-19 spreaded throughout the U.S. The U.S. legislator approved several "Bills"; Compassionate Release for inmates with pre-existing medical issues was an Bill that benefits and applys to me.

I presently have an "Compassionate Release" case pending in D.C. (My trial Court - 1987); My Atty. Jesse Winograd, Gowen Silva and Winograd, PLLC; 513 Capitol Court N.E., Suite 100; Washington, D.C. P (202) 408-5400 and F (202) 499-1370; Represents me.

My South Carolina family is all the family I have left upon my release. Therefore, I am requesting for this Honorable Court, to "RETAIN" my Saint Matthews, South Carolina address as my "Permanent" Approved Address upon my release - "Compassionate Release" (or prison release.) I will otherwise become Homeless during an COVID-19 pandemic if denied.

I pray that this Honorable Court grant my request. Thank you.

*Tyrone [signature]*

- 2 -

I declare under the penalty of perjury that the information and facts contained in my Pro se Request To Retain Permenent Residency Status in St. Matthews, South Carolina Area, And REQUEST FOR Appointment of Counsel is accurate and true submitted to this Honorable Court on this 16 day of October, 2020.

*/s/ Tyrone [signature]*

Please forward an copy of this Court final decision on this matter to the following:

1.) Tyrone Johnson, #02948-000

2.) ~~Atty. Jesse~~ Winograd, 513 Capitol Court N.E., Ste 100 - D.C. 20002

3.) USPO South Carolina, 1835 Assembly St., SC. 29201.